IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01171–WYD–KMT

LIBERTY MEDIA HOLDINGS, LLC,

    Plaintiff,

v.

COLORADO MEMBERS OF SWARM OF NOVEMBER 16, 2010 TO JANUARY 31, 2011, SHARING HASH FILE AE340D0560129AFEE8D78CE07F2394C7B5BC9C0D, and DOES 1 THROUGH 14,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Motion to Quash Subpoena to Produce Documents" (Doc. No. 11, filed June 23, 2011) is DENIED. Mr. Fredin is not a named defendant in this action and has failed to explain how he may be involved in this action. Moreover, the subpoena in question is not directed to Mr. Fredin. Finally, Mr. Frelin has failed to provide the court with cause, pursuant to Fed. R. Civ. P. 45(c)(3)(B), to quash the subpoena.

The Clerk of Court is directed to mail a copy of this Minute Order to Mr. Fredin at the address provided in his motion.

Dated: June 29, 2011