**SUMMONS IN A CIVIL ACTION**

**United States District Court
for the District of Colorado**

Civil Action Number: 1:11-cv-1171-WYD-KMT

|  |  |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC<br><br>Plaintiff,<br><br>v.<br><br>COLORADO MEMBERS OF SWARM OF NOVEMBER 16, 2010 TO JANUARY 31, 2011, SHARING HASH FILE AE340D0560129AFEE8D78CE07F2394C7B5BC9C05; AND COMPRISING ALAN LINK, JASON FREDIN, TAYLOR CHAMBERS, WILLIAM PEARSON, GARY OUTLAW, MICHAEL STANGER, THOMAS GAY, JOHN MOORE, BRADLEY WOOLDRIDGE, AND DOES 15 through 23,<br><br>Defendants. | **SUMMONS** |

To the above named Defendant(s):  Andrew William Pearson, 10757 E. Virginia Ave, Apt. 1, Aurora, CO 80012-2062.  You are hereby summoned and required to serve upon plaintiff's attorney, whose address is:

Andrew J. Contiguglia
CONTIGUGLIA / FAZZONE, P.C.
44 Cook Street, Suite 100
Denver, CO 80206

AND FILE WITH THE CLERK OF THE COURT

an answer to the complaint which is herewith served upon you, **within 21 days** of service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Gregory C. Langham, Clerk

Date:

By: _____

Deputy Clerk

(Seal of the Court)

Clerk, U.S. District Court, Room A-105 Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294-3589

NOTE: This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure.

| **RETURN OF SERVICE** ||
|---|---|
| NAME OF SERVER: | TITLE: |

Check one box to indicate appropriate method of service.

☐ Served personally upon the defendant.
Place where left:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and

discretion then residing therein.

Name of person with whom the summons and complaint where left:

☐ Returned unexecuted::

☐ Other (specify):

**STATEMENT OF SERVICE OF FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service is true and correct.

| Executed on: | | |
|---|---|---|
| | Date | Signature of Server |
| | | Address of Server |
| | | |