IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:11-cv-1171-WYD-KMT

LIBERTY MEDIA HOLDINGS, LLC

Plaintiff,

vs.

COLORADO MEMBERS OF SWARM
OF NOVEMBER 16, 2010 TO JANUARY 31, 2011,
SHARING HASH FILE
AE340D0560129AFEE8D78CE07F2394C7B5BC9C05;
AND COMPRISING ALAN LINK, JASON FREDIN,
TAYLOR CHAMBERS, WILLIAM PEARSON, GARY OUTLAW
MICHAEL STANGER, THOMAS GAY, JOHN MOORE
BRADLEY WOOLDRIDGE, AND DOES 15 through 23,

Defendants.

## MOTION TO DISMISS DEFENDANTS WILLIAM PEARSON, MICHAEL STANGER, AND JOHN MOORE WIHTOUT PREJUDICE

Plaintiff, Liberty Media Holdings (hereinafter "Liberty" or the "Plaintiff") files this Motion to Dismiss Defendants William Pearson, Michael Stanger and John Moore Without Prejudice, pursuant to Federal Rule of Civil Procedure 4(m), and alleges as follows:

1. Pursuant to this Honorable Court's Order of March 20, 2012, service of process of the Summons and Amended Complaint on Defendants Michael Stanger and John Moore was to be completed by March 30, 2012. Plaintiff also attempted to complete service of process on Defendant William Pearson by that same time although alternative service on Mr. Pearson was not requested.

2. Pursuant to this Court's March 20, 2012 Order, it requested the dismissal of the defendants who service of process could not be completed by March 30, 2012.

3. As of the filing of this Motion, service of process cannot be completed on defendants Michael Stanger, John Moore and William Pearson.

4. Plaintiff requests that this Honorable Court dismiss this action against defendants Michael Stanger, John Moore and William Pearson without prejudice pursuant to Fed. R. Civ. P. Rule 4(m).

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court dismiss defendants Michael Stanger, John Moore and William Pearson without prejudice pursuant to Fed. R. Civ. P. Rule 4(m).

Respectfully submitted,

    *s/Andrew J. Contiguglia*
Andrew J. Contiguglia (26901)
CONTIGUGLIA/FAZZONE, P.C.
44 Cook Street, Suite 100
Denver, CO 80206
303 780-7333
303 780-7337 fax
*Attorneys for Plaintiff*

## CERTIFICATE OF FILING AND NON-SERVICE

      I hereby certify that the foregoing document was filed electronically using this Court's CM/ECF system on March 30, 2012. As service has been unable to be completed against Michael Stanger, William Pearson and John Moore, Plaintiff is unable to serve them.

Christina Elizabeth Saunders
Attorney for Jason Fredin
christina@nouveaulaw.com
via ECF

Thomas Gay
1044 Downing Street, Apt 507
Denver CO 80218-2929

                                        By: /s/ Andrew J. Contiguglia
                                        Andrew J. Contiguglia, Esq.
                                        CONTIGUGLIA / FAZZONE, P.C.
                                        44 Cook Street
                                        Suite 100
                                        Denver, CO  80206