# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC., <br><br> Plaintiff, <br><br> vs. <br><br> COLORADO MEMBERS OF SWARM <br><br> Defendants. | 1:11-cv-01171-WYD-KMT <br><br> Magistrate Judge Kathleen M. Tafoya |

## MAILING ADDRESS AND TELEPHONE NUMBER FOR DEFENDANT JASON FREDIN

Comes now, Christina E. Saunders, Counsel for Jason Fredin ("Defendant"), and provides this Court with the following mailing address and telephone number for Jason Fredin, pursuant to this Court's April 2, 2012 Minute Order (Doc. No. 58):

Jason Fredin
3231 Michaela Lane
Lincoln, Nebraska 68521
Telephone: (303)459-2928
E-mail: Jefredin@gmail.com

1

DATED 2nd Day of April, 2012.

                                                        */s/ Christina E. Saunders*

Christina E. Saunders
216 16th Street
Suite 1350
Denver, Colorado 80202
Tel/Fax: (720)204-5671
E-mail: christina@nouveaulaw.com

ATTORNEY FOR DEFENDANT JASON FREDIN

## PROOF OF SERVICE

I hereby certify that the foregoing document was served on counsel for Plaintiff, Andrew John Contiguglia, Contiguglia & Fazzone, PC, 44 Cook Street, Suite 100, Denver, CO 80206, via the CM/ECF system and Jason Fredin via e-mail at jefredin@gmail.com on April 2, 2012.

_____
Christina E. Saunders
216 16th Street
Suite 1350
Denver, Colorado 80202
Tel/Fax: (720)204-5671
E-mail: christina@nouveaulaw.com

ATTORNEY FOR DEFENDANT JASON FREDIN