FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 3 2012

GREGORY C. LANGHAM
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| LIBERTY MEDIA HOLDINGS, LLC., <br><br> Plaintiff, <br><br> vs. <br><br> COLORADO MEMBERS OF SWARM <br><br> Defendants. | MOTION FOR LEAVE TO APPEAR TELEPHONICALLY <br><br> 1:11-cv-01171-WYD-KMT <br><br> Magistrate Judge Kathleen M. Tafoya |

## MOTION FOR LEAVE TO APPEAR TELEPHONICALLY

COMES NOW, Jason Fredin ("Defendant") appearing *pro se*, respectfully requests that this court move to allow defendant to appear telephonically for the scheduling hearing on 8, April 2012 at 9:45am.

### GROUNDS FOR LEAVE TO APPEAR TELEPHONICALLY

1. Defendant is a resident of the State of Nebraska, city of Lincoln.

2. Defendant is employed full time in Lincoln, NE.

3. Traveling to the hearing would create a financial hardship for the defendant.

## CONCLUSION

WHEREFORE, Jason Fredin, Pro Se Defendant respectfully requests that this Court enter an Order permitting Jason Fredin to participate telephonically in the above captioned case.

DATED 3rd Day of April 2012.

_____
Jason Fredin
*PRO SE DEFENDANT*
3231 Michaela Lane
Lincoln, NE 68521
Telephone: (303)459-2928
e-mail: jefredin@gmail.com

## PROOF OF SERVICE

I hereby certify that the foregoing document was served on counsel for Plaintiff, Andrew John Contiguglia, Contiguglia & Fazzone, PC, 44 Cook Street, Suite 100, Denver, CO 80206, via email at ajc@ajcpc.com on 3, April 2012.

_____
Jason Fredin
*PRO SE DEFENDANT*
3231 Michaela Lane
Lincoln, NE 68521
Telephone: (303)459-2928
e-mail: jefredin@gmail.com

Appendix D

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO
# FACSIMILE COVER SHEET

Pursuant to D.C.COLO.LCivR 5.1, this cover sheet must be submitted with any facsimile filing. A pleading or paper not requiring a filing fee and **no longer than ten pages,** including all attachments, may be filed with the clerk by means of facsimile during a business day. Facsimiles received by the clerk after 5:00 p.m. (Mountain Time) will be considered filed as of the next business day.

Clerk's Office facsimile telephone number: 303-335-2714

1. Date of transmission: 3, April 2012

2. Name of attorney or *pro se* party making the transmission: Jason Fredin

   Facsimile number: _____  Telephone number: 303-459-2928

3. Case number, caption, and title of pleading or paper:

   1:11-cv-01171-WYD-KMT Liberty Media Holdings, LLC v. Colorado Members of Swarm

   MOTION FOR LEAVE TO APPEAR TELEPHONICALLY

4. Number of pages being transmitted, including the facsimile cover sheet: 3
Instructions, if any: Please send correspondence via email to jefredin@gmail.com

(Rev. (12/08))