IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-01171-WYD-KMT

LIBERTY MEDIA HOLDINGS, LLC,

     Plaintiff,

v.

COLORADO MEMBERS OF SWARM
OF NOVEMBER 16, 2010 TO JANUARY 31, 2011,
SHARING HASH FILE
AE340D0560129AFEE8D78CE07F2394C7B5BC9C05;
AND DOES 1 through 14,

     Defendants.

## ORDER DISMISSING PARTIES

THIS MATTER is before the Court on Plaintiff's Motion to Dismiss Defendants William Pearson, Michael Stanger, and John Moore Without Prejudice, filed March 30, 2012 [ECF No. 52], pursuant to Fed. R. Civ. P. 4(m).  Upon review of the motion and the file in this matter, it is hereby

ORDERED that the motion is **GRANTED** and the claims and causes of action against Defendants William Pearson, Michael Stanger, and John Moore are **DISMISSED WITHOUT PREJUDICE.**

Dated: April 9, 2012

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Chief United States District Judge