IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01171–WYD–KMT

LIBERTY MEDIA HOLDINGS, LLC,

    Plaintiff,

v.

COLORADO MEMBERS OF SWARM OF NOVEMBER 16, 2010 TO JANUARY 31, 2011,
SHARING HASH FILE AE340D0560129AFEE8D78CE07F2394C7B5BC9C0D,
ALAN LINK,
JASON FREDIN,
WILLIAM PEARSON,
GARY OUTLAW,
MICHAEL STANGER,
THOMAS GAY,
JOHN MOORE,
BRADLEY WOOLRIDGE, and
DOES 15 through 23,

    Defendants.

## ORDER

This matter is before the court on review of the "Suggestion of Bankruptcy" filed by Defendant Jason Fredin. (Doc. No. 69.) Defendant Fredin has filed a Petition for Bankruptcy pursuant to Chapter 7 of the United States Bankruptcy Code. Therefore, Sections 361 and 362 of the United States Bankruptcy Code apply with respect to the defendant and the property of the defendant. Title 11 U.S.C. § 1520(a). Section 362(a) of the Bankruptcy Code provides

> Except as provided in subsection (b) of this section, a petition filed under section 301, 302, or 303 of this title, or . . . operates as a stay, applicable to all entities, of

> (1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title.
>
> ***
>
> (3) any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate. . . .

Title 11 U.S.C. § 362(a). Accordingly, the bankruptcy precludes continuing this litigation with respect to Defendant Jason Fredin.

It is therefore ORDERED that all proceedings against Defendant Jason Fredin are STAYED unless and until relief from the automatic stay in Bankruptcy Case No. BK 12-40927 is granted.

Plaintiff is ORDERED to file a status report in this case within ten days of any relief from stay in the bankruptcy case.

The Scheduling Conference set for May 24, 2012, is VACATED.

Dated this 4th day of May, 2012.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge