IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-01171-WYD-KMT

LIBERTY MEDIA HOLDINGS, LLC,

      Plaintiff,

v.

COLORADO MEMBERS OF SWARM
OF NOVEMBER 16, 2010 TO JANUARY 31, 2011,
SHARING HASH FILE
AE340D0560129AFEE8D78CE07F2394C7B5BC9C05;
ALAN LINK, *et al.*,

      Defendants.

## ORDER

THIS MATTER comes before me following an Order to Show Cause [DE-71] I issued on October 4, 2012.  By that Order, I required Plaintiff to show cause in writing on or before October 12, 2012, why all Defendants except for the first named Defendant, Alan Link, should not be severed from this action and the claims against them dismissed without prejudice pursuant to Federal Rule of Civil Procedure 21 for misjoinder.  Plaintiff failed to respond to the Show Cause Order.  Therefore, I will dismiss all Defendants except for Alan Rink from this action for misjoinder.  *See Malibu Media, LLC v. John Does 1-5*, No. 12-cv-1405, 2012 WL 3030300 (D.Colo. July 25,

2012).[1]  Accordingly, it is

ORDERED THAT:

(1)     The Court's Order to Show Cause [DE-71] is MADE ABSOLUTE;

(2)     All Defendants except for Defendant Alan Link are DISMISSED WITHOUT PREJUDICE; and

(3)     The parties and the Clerk shall omit any reference to any Defendant except Alan Link from any future filing in this action.

Dated:  November 8, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Alternatively, I also find severance appropriate pursuant to the Court's discretionary authority set forth in Federal Rules of Civil Procedure 20(b) and 21.