IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   11-cv-01171-WYD-KMT

LIBERTY MEDIA HOLDINGS, LLC,

      Plaintiff,

v.

COLORADO MEMBERS OF SWARM
OF NOVEMBER 16, 2010 TO JANUARY 31, 2011,
SHARING HASH FILE
AE340D0560129AFEE8D78CE07F2394C7B5BC9C05;
AND COMPRISING ALAN LINK,

      Defendant.

---

## ORDER OF DISMISSAL

---

THIS MATTER is before the Court on Plaintiff's Motion for Dismissal of Action as to Alan Link filed September 12, 2013.  The motion seeks an order dismissing the only remaining Defendant to this action pursuant to Fed. R. Civ. P. 4(m).  After a careful review of the motion and the file, it is

ORDERED that Plaintiff's Motion for Dismissal of Action as to Alan Link (ECF No. 74) is **GRANTED** and this matter is **DISMISSED WITHOUT PREJUDICE**.

Dated:  September 17, 2013

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge